# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL BORLET,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BECTON DICKINSON & COMPANY,<br><br>　　　　Defendant. | Civil Action No.<br><br>20-9495 (CCC) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of the parties' October 2, 2021 and October 5, 2021 status letters (ECF Nos. 31, 32), and for good cause shown,

**IT IS** on this day, November 5, 2021, **ORDERED** that:

1. To the extent plaintiff intends to pursue an Amended Complaint, he is directed to follow the undersigned's Individual Judicial Preferences with respect to any application to amend or supplement pleadings.

2. Counsel having expressed interest in pursuing mediation before the Hon. Mark Falk (Ret.) of Walsh Pizzi O'Reilly Falanga LLP, they may proceed to make arrangements for such mediation.

3. The parties shall complete mediation on or before **January 14, 2022**.

4. The parties shall appear for a telephonic status conference before the undersigned on **January 24, 2022 at 4:30 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (888) 684-8852, access code 8948139.

　　　　　　　　　　　　　　　　　　　　　_s/ Leda Dunn Wettre_
　　　　　　　　　　　　　　　　　　　　　Hon. Leda Dunn Wettre
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge